# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

FILED
2020 SEP 17 PM 2:39
MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

IN RE:

# Jeffrey Hall

Case No.: _____

_____ Debtor(s)

### Verification of Creditor Matrix

I (We), hereby declare, under penalty of perjury, that the attached list of creditors is true and correct to the best of my (our) knowledge.

Date: **09172020**  _____

_____
Attorney for the Debtor(s)

- OR -

_____
Debtor

_____
Joint Debtor (if applicable)

HONDA FINANCIAL
PO BOX 60001
CITY OF INDUSTRY, CA 91716


GM FINANCIAL
801 CHERRY STREET
FORT WORTH, TX 76102


VERIZON WIRELESS
500 TECHNOLOGY DRIVE
SUITE 550
WELDON SPRING, MO 63304


LAWRENCE LEE EPPLE
4121 OKEMOS ROAD
#12
OKEMOS, MI 48864
***DISPUTED***


NELNET
121 S. 13TH STREET
LINCOLN, NE 68508


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
PO BOX 30199
LANSING, MI 48922


DTE ENERGY
ONE ENERGY PLAZA
DETROIT, MI 48226


CONSUMERS ENERGY
ONE ENERGY PLAZA DRIVE
JACKSON, MI 49201