UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                                 Hon. James W. Boyd

JEFFREY THOMAS HALL,                                    Case No. 20-02957-JWB

               Debtor.                                        Chapter 7
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S
MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE**

At a session of said Court of Bankruptcy, held in and for said district on this date.

PRESENT:    Honorable James W. Boyd
                         United States Bankruptcy Judge

Kelly M. Hagan, the chapter 7 trustee, having filed a *Chapter 7 Trustee's Motion to Extend Time to Object to Discharge* on November 21, 2020 [DN 30]; and the Court being fully advised in the premises,

IT IS ORDERED that the *Chapter 7 Trustee's Motion to Extend Time to Object to Discharge* is granted.

IT IS FURTHER ORDERED that the date by which the chapter 7 trustee. the U.S. Trustee and all creditors may file a complaint objecting to discharge under 11 U.S.C. § 727(a) is hereby extended to February 17, 2021.

Prepared by: Kelly M. Hagan (P60967), Hagan Law Offices PLC,
P.O. Box 6844, Traverse City, MI 49696 (231) 938-7095

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated December 31, 2020**



James W. Boyd
United States Bankruptcy Judge